IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUDOLPH A. KARLO and MARK K. MCLURE, <br><br> Plaintiffs, <br><br> vs. <br><br> PITTSBURGH GLASS WORKS, LLC, <br><br> Defendant. | 2:10-cv-1283 |

## ORDER OF COURT

AND NOW, this 3rd day of September, 2015, upon consideration of the JOINT MOTION REGARDING PLAINTIFFS' MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL (ECF No. 449), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that said motion is **GRANTED** as follows: (1) Plaintiffs' current MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL AND STAY PROCEEDINGS (ECF No. 445) is **WITHDRAWN WITHOUT PREJUDICE**; (2) Plaintiffs may renew and refile their Motion to Certify for Interlocutory Appeal and Stay Proceedings on or before September 11, 2015, and said motion shall relate back to August 26, 2015 for the purpose of any jurisdictional or procedural deadline(s); and (3) PGW may file a response/brief in opposition to Plaintiffs' Renewed Motion to Certify for Interlocutory Appeal and Stay Proceedings on or before September 18, 2015.

BY THE COURT:

s/Terrence F. McVerry
Senior United States District Judge